Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
            spope@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMBER JOY BURKHART, | Case No.  2:26-cv-01780-ART-EJY |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that Bob L. Olson, Esq. and Samuel K. Pope, of the law firm of Snell & Wilmer L.L.P., will be appearing as counsel for Experian Information Solutions in the above-entitled action.

Dated:  June 29, 2026.                SNELL & WILMER L.L.P.

/s/ Bob L. Olson
Bob L. Olson (NV Bar No. 3783)
Samuel K. Pope (NV Bar No. 16963)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Defendant Experian Information Solutions, Inc.*

4927-2654-4569

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that the Notice of Appearance has been e-mailed to the following address:

Amber Joy Burkhart
3786 Howard Hughes Parkway, #313
Las Vegas, NV 89169
info@amberjoys.com

*Plaintiff Pro Se*

DATED:  June 29, 2026.

_____
*/s/ Mary Full*
Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 2 -

4927-2654-4569