GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail : gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| AMBER JOY BURKHART,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>Defendants. | Case No. .: 2:26-cv-01780-ART-EJY<br><br>**Notice of Attorney Appearance** |

Please take notice that Defendant Equifax Information Services LLC is represented by the law firm of Clark Hill PLC in this action.  Pursuant to Local Rule 83.10(a), Gia N. Marina of Clark Hill PLC hereby makes her appearance as local co-counsel for Equifax Information Services LLC in this lawsuit.

Respectfully submitted, this July 2, 2026

CLARK HILL PLLC

By:  /s/*Gia N. Marina*
GIA N. MARINA, ESQ
Nevada Bar No. 15276
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
*Attorney for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this July 2, 2026, via the Court's CM/ECF system, which will send notification to all counsel of record.

By:  /s/*Gia N. Marina*
GIA N. MARINA, ESQ.
Nevada Bar No. 15276
1700 Pavilion Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant Equifax Information Services LLC*

- 2 -