**LEONCIO A. GIL, III**
Nevada Bar No. 13129
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER, P.C.**
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
(214) 560-5458
(214) 871-2111 Fax
leon.gil@qslwm.com
*Counsel for Trans Union LLC*

**\*\*Designated Attorney for Personal Service\*\***
Kurt Bonds, Esq.
Nevada Bar No. 6228
Hall & Evans, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMBER JOY BURKHART,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:26-cv-01780-ART-EJY<br><br>**NOTICE OF APPEARANCE OF LEONCIO A. GIL, III AS COUNSEL FOR DEFENDANT TRANS UNION LLC** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Leoncio A. Gil, III, of Quilling, Selander, Lownds, Winslett & Moser, P.C., hereby enter my appearance as counsel for Defendant Trans Union LLC, pursuant to Local Rule IA 11-1(b)(1) in this matter. I am a member of the State Bar of Nevada and am admitted to practice in the District of Nevada. My information is as follows:

Quilling, Selander, Lownds, Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440

10167997.2

1

Plano, Texas 75024
Telephone: (214) 560-5458
Facsimile:  (214) 871-2111
leon.gil@qslwm.com

I hereby designate Kurt R. Bonds and Madisyn Schaus of Hall & Evans, LLC to receive service.  Mr. Bonds's and Ms. Schaus's information is as follows:

Kurt R. Bonds, Esq.
Nevada Bar No. 6228
bondsk@hallevans.com
Madisyn Schaus, Esq.
Nevada Bar No. 17294
schausm@hallevans.com
Hall & Evans, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022

Dated this 2nd day of July 2026.                    Respectfully submitted,

/s/ Leoncio A. Gil, III

LEONCIO A. GIL, III
Nevada Bar No. 13129
leon.gil@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5458
Fax: (214) 871-2111
Counsel for Defendant Trans Union LLC

10167997.2

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July 2026 I filed **NOTICE OF APPEARANCE OF LEONCIO A. GIL, III AS COUNSEL FOR DEFENDANT TRANS UNION LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

***Trans Union LLC's Designated Attorney for Personal Service***
Kurt Bonds, Esq.
Nevada Bar No. 6228
Hall & Evans, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144

Gia Marina
Clark Hill Plc
1700 South Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
702-862-8300
Fax: 702-778-9709
Email: gmarina@clarkhill.com
***Counsel for Equifax Information Services LLC***

Bob L. Olson
Samuel K. Pope
Snell & Wilmer L.L.P.
1700 South Pavilion Center Dr., Ste 700
Las Vegas, NV 89135
702-784-5295
Fax: 702-784-5252
Email: bolson@swlaw.com
         spope@swlaw.com
***Counsel for Experian Information Solutions, Inc.***

I further certify that a true and correct copy of the foregoing document was served on the following parties via U.S. First Class Mail and electronic mail and properly addressed as follows:

Amber Joy Burkhart
3786 Howard Hughes Parkway, #313
Las Vegas, NV 89169
***Pro se Plaintiff***

/s/ Leoncio A. Gil, III
Leoncio A. Gil, III

10167997.2

3