**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

AMBER JOY BURKHART,

        Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION, LLC,

        Defendants.

Case No. 2:26-cv-01780-ART-EJY

**[PROPOSED] ORDER GRANTING CRA DEFENDANTS' JOINT MOTION TO STAY PENDING RULING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

The Court, upon consideration of Defendants Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC's ("Trans Union") (collectively, "Defendants") Motion to Stay Pending the Ruling on Defendants' Joint Motion to Dismiss, and for good cause shown, hereby **GRANTS** the Motion. This case, including discovery on Plaintiff's claims against Defendants, is hereby stayed pending the outcome of Defendants' Joint Motion to Dismiss Plaintiff's Complaint.

    **IT IS SO ORDERED.**

_____
Honorable Anne R. Traum
United States District Judge
District of Nevada

10173314.3