Amber Joy Burkhart
3786 Howard Hughes Pkwy #313, Las Vegas, NV 89169
415-310-8950
info@amberjoys.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amber Joy Burkhart<br><br>    Plaintiff,<br><br>v.<br><br>Equifax INC.,<br>Trans Union LLC,<br>Experian Information Services, INC.,<br><br>    Defendants. | Case Number: 2:26-cv-01780-ART-EJY<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING** |

# EXHIBIT A

Page 4 of 4
(Non-inmate pro se)
Revised: 03-13-18