UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON WILLIAM BURKHART,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC,<br><br>Defendants. | Case No.  2:26-CV-01782-APG-DJA<br><br>REASSIGNMENT ORDER |
| AMBER JOY BURKHART,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC,<br><br>Defendants. | Case No.  2:24-CV-01780-ART-EJY<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. *See* Local Rule 42-1. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:26-CV-01782-APG-DJA is reassigned to District Judge Anne R. Traum and Magistrate Judge Elayna J. Youchah.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

//

//

1

DATED this 7th day of July, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED this 7th day of July, 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2